UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FEN COSYNS, derivatively on behalf of
LUXURBAN HOTELS INC.,

                Plaintiff,

v.

BRIAN FERDINAND, SHANOOP KOTHARI, DAVID BERG, JIMMIE CHATMON, AIMEE NELSON, LEONARD TOBOROFF, and JEFFREY WEBB,

                Defendants,

and

LUXURBAN HOTELS INC.

                Nominal Defendant.

No. 25-CV-2524 (RA)

ORDER AND NOTICE
OF INITIAL CONFERENCE

---

RONNIE ABRAMS, United States District Judge:

    This case has been assigned to me for all purposes. It is hereby:

    ORDERED that, by June 6, 2025, the parties submit a joint letter, not to exceed five (5) pages, providing the following information in separate paragraphs:

1. A brief description of the nature of the action and the principal defenses thereto;

2. A brief explanation of why jurisdiction and venue lie in this Court. If any party is a corporation, the letter shall state both the place of incorporation and the principal place of business. If any party is a partnership, limited partnership, limited liability company or trust, the letter shall state the citizenship of each of the entity's members, shareholders, partners and/or trustees;

3. A brief description of all contemplated and/or outstanding motions;

4. A brief description of any discovery that has already taken place, and/or that which will be necessary for the parties to engage in meaningful settlement negotiations;

5. A brief description of prior settlement discussions (without disclosing the parties' offers or settlement positions) and the prospect of settlement;

6. The estimated length of trial; and

7. Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

IT IS FURTHER ORDERED that, by June 6, 2025, the parties jointly submit to the Court a proposed case management plan and scheduling order. A template for the order is available at https://nysd.uscourts.gov/hon-ronnie-abrams. The status letter and the proposed case management plan should be filed electronically, consistent with the Court's Electronic Case Filing (ECF) Rules & Instructions, which are available at https://nysd.uscourts.gov/rules/ecf-related-instructions.

IT IS FURTHER ORDERED that counsel for all parties appear for an initial status conference on June 13, 2025 at 2:00 p.m. Unless the parties request otherwise, the conference will take place telephonically. Call-in Number: (855) 244-8681; Meeting ID: 2305 542 4735. This conference line is open to the public. If Defendants have not yet been properly served, has not filed a responsive pleading, and/or the parties otherwise seek to adjourn the conference, they shall notify the Court by no later than June 6, 2025. If the parties are available to proceed with an initial status conference prior to June 13, 2025, they shall notify the Court and propose an earlier date for the conference, as well as for submission of the status letter and proposed case management plan.

Plaintiff is ordered to serve Defendants with a copy of this order and to file an affidavit on ECF certifying that such service has been effectuated.

SO ORDERED.

Dated: April 2, 2025
New York, New York

_____
Ronnie Abrams
United States District Judge