UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

FEN COSYNS, derivatively on behalf of
LUXURBAN HOTELS INC.,     Plaintiff,

Case No.  1:25-cv-02524-RA

-against-

BRIAN FERDINAND, SHANOOP KOTHARI, DAVID BERG, JIMMIE
CHATMON, AIMEE NELSON, LEONARD TOBOROFF, and JEFFREY
WEBB, Defendants, and LUXURBAN HOTELS INC., Nominal Defendant. Defendant.

--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔]     I have cases pending        [ ]     I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Timothy Brown
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: TB1008_____  My State Bar Number is 4301495_____

I am,

[✔]     An attorney

[ ]     A Government Agency attorney

[ ]     A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:     FIRM NAME:_THE BROWN LAW FIRM, P.C._____
              FIRM ADDRESS: 767 3RD AVENUE, SUITE 2501_____
              FIRM TELEPHONE NUMBER: 516-922-5427_____
              FIRM FAX NUMBER: 516-344-6204_____

NEW FIRM:     FIRM NAME: THE BROWN LAW FIRM, P.C._____
              FIRM ADDRESS: 1350 Avenue of the Americas, Suite 1200, New York, NY 10019
              FIRM TELEPHONE NUMBER: 516-922-5427_____
              FIRM FAX NUMBER: 516-344-6204_____

[✔]     I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]     I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
        was entered on _____ by Judge_____.

Dated: 5/26/2026                              /s/ Timothy Brown_____
                                              ATTORNEY'S SIGNATURE